THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO J. COMACHO, Appellant. [930 NYS2d 170]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Lindley, Sconiers and Gorski, JJ.

RALPH RINK, Individually and as Administrator of the Estate of JOANNE RINK, Deceased, Claimant, v STATE OF NEW YORK, Appellant. EXCELLUS HEALTH PLAN, INC., Intervenor-Respondent. (Claim No. 114132.) [929 NYS2d 903]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Smith, Lindley, Sconiers and Gorski, JJ. **[Prior Case History: 27 Misc 3d 1159.]**